

# NUMBER 13-14-00408-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ONE (1) 2005 CHRYSLER 300, VIN #2C3JA63H110940,     Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.

## On Appeal from the 105th District Court
## of Kenedy County, Texas.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Garza and Longoria
### Memorandum Opinion Per Curiam

Appellant, Dolores Reyes, filed an appeal from a judgment rendered against her in favor of appellee, The State of Texas.   On August 13, 2014, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on August 12, 2014, and that the district clerk, Veronica Vela, had notified this Court that appellant failed to make arrangements for payment of the clerk's record.   The Clerk of this Court

notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

On August 13, 2014, the Clerk of the Court notified appellant that she was delinquent in remitting a $195.00 filing fee. The Clerk of this Court notified appellant that the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of receipt of this court's letter. *See id.* 42.3(b),(c).

Appellant has failed to respond to this Court's notices and has failed to pay the filing fee. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Delivered and filed the
11th day of September, 2014.

2